**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| RODNEY DEWAYNE FAGANS, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-204-JDK-JDL |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Movant Rodney Fagans, proceeding pro se, filed the above-styled and numbered motion to vacate or correct his sentence under 28 U.S.C. § 2255. This case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the action.

On May 1, 2026, Judge Love issued a Report recommending that Movant's motion to vacate or correct his sentence be dismissed with prejudice and that a certificate of appealability be denied *sua sponte*. Docket No. 17. A copy of this Report was mailed to Movant, who did not file objections within the period allowed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

1

Here, Movant did not object in the prescribed period. The Court therefore reviews Judge Love's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 17) as the findings of this Court. It is therefore **ORDERED** that Movant's motion to vacate or correct his sentence is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED** *sua sponte*.

So **ORDERED** and **SIGNED** this **10th** day of **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE